

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00103-CV

JOE ANTHONY BEAMES, PERSONAL REPRESENTATIVE OF THE ESTATE OF DEBORAH KAY DAVIS, Appellant

V.

EDWIN HOWARD HOOKS, JR., Appellee

Appeal from the 98th District Court of Travis County.   (Tr. Ct. No. D-1-GN-07-003482).

**TO THE 98TH DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:**

Before this Court, on the 13th day of January 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on August 29, 2013.   The Supreme Court of Texas transferred the appeal from the Court of Appeals for the Third District of Texas to this Court.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellant, Joe Anthony Beames, Personal Representative of the Estate of Deborah Kay Davis, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 13, 2015.

Panel consists of Justices Keyes, Higley, and Brown. Opinion delivered by Justice Keyes.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 27, 2015
Date

_____
CHRISTOPHER A. PRINE
CLERK OF THE COURT

